**730**

248 So.2d 148

**Garld DEMMON**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**3 Div. 485.**

Supreme Court of Alabama.

May 13, 1971.

William J. Baxley, Atty. Gen. and Charles H. Barnes, Asst. Atty. Gen., for the State.

Gatewood Walden, Montgomery, for respondent.

MADDOX, Justice.

Petition of the State, by its Attorney General, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Demmon v. State, 46 Ala.App. 652, 248 So. 2d 147.

Writ denied.

HEFLIN, C. J., and LAWSON, MERRILL and HARWOOD, JJ., concur.

255 So.2d 55

**Re Glenn DOLVIN**

**v.**

**STATE of Alabama.**

**Ex parte Glenn Dolvin.**

**8 Div. 460.**

Supreme Court of Alabama.

Nov. 24, 1971.

J. N. Powell, Jr. and James Francis, Decatur, for petitioner.

William J. Baxley, Atty. Gen., for the State.

LAWSON, Justice.

Petition of Glenn Dolvin for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Dolvin v. State, 47 Ala.App. ——, 255 So.2d 52.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.

255 So.2d 602

**In re Thomas Gere DONAHAY, alias**

**v.**

**STATE of Alabama.**

**Ex parte Thomas Gere Donahay.**

**3 Div. 504.**

Supreme Court of Alabama.

Dec. 9, 1971.

Frank W. Riggs, III, Montgomery, for petitioner.

William J. Baxley, Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Thomas Gere Donahay for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Donahay, alias v. State, 47 Ala.App. ——, 255 So.2d 598.

Writ denied.

HEFLIN, C. J., and LAWSON, MERRILL and MADDOX, JJ., concur.